IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


JIMMY DISMUKE                                                                                      PLAINTIFF

VS.                                            CASE NO. 05-CV-1003
                                               CASE NO. 05-CV-1004
CHUCK CONNOR, Acting Secretary,
United States Department of Agriculture                                                            DEFENDANT


**ORDER**

Before the Court is Defendant's Motion for Summary Judgment. (Doc. 49). Plaintiff has responded. (Docs. 61, 63 ). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment should be and hereby is **GRANTED**. All claims against Defendant shall be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of December, 2007.

                                                          /s/ Harry F. Barnes
                                                          Hon. Harry F. Barnes
                                                          United States District Judge