IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JIMMY DISMUKE                                                                                           PLAINTIFF

VS.                                          CASE NO. 05-CV-1003
                                             CASE NO. 05-CV-1004

CHUCK CONNOR, Acting Secretary,
United States Department of Agriculture                                                         DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration. (Doc. 67). Plaintiff requests that the Court reconsider its order granting Defendant summary judgment in the above captioned case. (Doc. 66). Defendant has responded. (Doc. 68 ). The Court finds the matter ripe for consideration.

Plaintiff gives two reasons why the Court should reconsider its order. First, Plaintiff alleges that his attorney agreed to Defendant's motion for extension of time to file a motion for summary judgment without Plaintiff's permission. Second, Plaintiff argues that this is not a case that should have a summary judgment.

The Court has broad discretion to reconsider an order granting summary judgment, but "a motion to alter or amend judgment cannot be used to raise arguments which could have been raised prior to the issuance of judgment." *Stoneridge Investment Partners v. Scientific-Atlanta*, 443 F.3d 987, 993 (8th Cir. 2006). Here, the grounds raised by Plaintiff's Motion to Reconsider could have been raised in previous motions to the Court.[1] Plaintiff cannot raise these arguments for the first

---

[1] Plaintiff could have raised these arguments earlier in his Motion to Renew Motion to Supervise Discovery (Doc. 52), Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment (Doc. 53), Motion for Continuance (Doc. 55), or Motion for Counter Summary Judgment (Doc. 60).

time in a motion to reconsider the Court's dismissal of his complaint on summary judgment.

"'Motions for reconsideration serve a limited function: to correct errors manifest errors of law or fact or to present newly discovered evidence.'" *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quoting *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246 (7th Cir. 1987)).  Here, Plaintiff alleges no manifest error of law or fact and presents no newly discovered evidence that would warrant the Court's reconsideration of its order granting summary judgment to Defendant.

For the aforementioned reasons, the Court finds that Plaintiff's Motion for Reconsideration should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 10th day of January, 2008.

    /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge